IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-CV-212-D

| | |
|---|---|
| GAIL J. LANIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | REMAND ORDER |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of ) | |
| Social Security ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on plaintiff's Motion for Judgment on the Pleadings and defendant's Motion for Remand to the Commissioner. Plaintiff's counsel consented to the defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

SO ORDERED. This **29** day of July 2014.

JAMES C. DEVER III
Chief United States District Judge