AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GAIL J. LANIER,            ) | |
|        Plaintiff,    ) | |
|                    ) | |
| v.          ) | **JUDGMENT IN A CIVIL CASE** |
|                    ) | |
| CAROLYN W. COLVIN,       ) | |
| Acting Commissioner of Social Security,  ) | **CASE NO. 4:13-CV-212-D** |
|        Defendant.    ) | |

**Decision by the Court.**

      IT IS ORDERED AND ADJUDGED in accordance with the court's order entered on July 29, 2014, that the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **July 29, 2014**, AND A COPY MAILED TO:

George C. Piemonte (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)


July 29, 2014                                       JULIE A. RICHARDS, Clerk
Date                                                *Eastern District of North Carolina*

                                                           /s/ Susan W. Tripp
*New Bern, North Carolina*                           *(By) Deputy Clerk*